■ SUSAN N. DALLIN, Respondent, v JOHN G. DALLIN, Appellant. [639 NYS2d 943]

The appeals under Appellate Division Docket Nos. 94-01233, 94-01234, 94-09308, 95-00068, and 95-04678, are decided herewith. Santucci, J. P., Altman, Krausman and Goldstein, JJ., concur.